**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

Co-Lead Counsel for Plaintiffs in Derivative Action

*(additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE PTC THERAPEUTICS, INC. DERIVATIVE LITIGATION | Case No.:2:17-cv-7216 (KM) (MAH)<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

PLEASE TAKE NOTICE that upon the accompanying Stipulation of Settlement dated April 17, 2018 (the "Stipulation"),[1] the exhibits attached thereto, the accompanying Memorandum of Law and all prior pleadings and proceedings, Plaintiffs in the above-captioned consolidated shareholder derivative action (the "Derivative Action"), derivatively on behalf of PTC Therapeutics, Inc. ("PTC" or

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation, which is attached as Exhibit 1 to the Declaration of Laurence M. Rosen in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement.

the "Company"), hereby move this Court, at the United States District Court for the District of New Jersey located at 50 Walnut Street, Courtroom PO 04, Newark, NJ 07101, before the Honorable Kevin McNulty for an Order: (1) granting preliminary approval of the proposed Settlement; (2) approving the Settling Parties' proposed form and method of giving notice of the Settlement to Current PTC Stockholders; (3) scheduling a hearing at which time the Court will consider (a) the Settling Parties' request for final approval of the Settlement, and entry of final order and judgment, (b) Plaintiffs' Counsel's application for an award of agreed-to attorneys' fees and reimbursement of expenses, and (c) Plaintiffs' application for service awards; and (4) granting such other relief as the Court deems just and proper.

Dated: April 19, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence M. Rosen*
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

-and-

Timothy W. Brown
**THE BROWN LAW FIRM, P.C.**
240 Townsend Square

Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel in the Derivative Action*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2018 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen