Laurence M. Rosen, Esq.
Phillip Kim (admission *pro hac vice* pending)
**THE ROSEN LAW FIRM, P.A.**
609 W. South Orange Avenue, Suite 2P
South Orange, NJ  07079
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Timothy W. Brown, Esq. (admission *pro hac vice* pending)
**THE BROWN LAW FIRM, P.C.**
240 Townsend Square
Oyster Bay, New York 11771
Telephone: (516) 922-5427

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE PTC THERAPEUTICS, INC. DERIVATIVE LITIGATION | Civil Action No. 17-7216 (KM)(MAH)<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES, SERVICE AWARDS, AND REIMBURSEMENT OF CASE EXPENSES** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Phillip Kim in Support of Plaintiffs' Motion for Final Approval of Settlement and Attorneys' Fees, Service Awards, and Reimbursement of Case Expenses dated June 29, 2018, the exhibits attached thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings, Plaintiffs in the above-captioned consolidated shareholder derivative action, derivatively on behalf of PTC Therapeutics, Inc., hereby move this Court, at the United States District Court for the District of New Jersey, before the Honorable Kevin McNulty, located at 50 Walnut Street, Courtroom PO 04, Newark, NJ 07101, on July 27, 2018 at 2:30 p.m. or as soon thereafter as counsel can be heard, for an Order: (1) granting final approval of the proposed Settlement; (2) entering a final order and judgment dismissing all claims; (3) awarding agreed-upon, negotiated attorneys' fees, service awards and reimbursement of expenses; and (4) granting such other relief as the Court deems just and proper.

Dated: June 29, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
By: */s/ Laurence M. Rosen*
Laurence M. Rosen
Phillip Kim (*pro hac vice* motion pending)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

Timothy W. Brown (*pro hac vice* motion pending)
**THE BROWN LAW FIRM, P.C.**
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel in the Derivative Action*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 29, 2018, I caused a true and correct copy of the foregoing document to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants and via email to counsel for Defendants.

*s/ Laurence M. Rosen*
Laurence M. Rosen

2